DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *BRUCE ROGAT*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRUCE ROGAT, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | 2:13-CR-00051-JAD-CWH |

**ORDER**

Having reviewed Defendant Bruce Rogat's Unopposed Motion For Termination of Supervised Release Prior To Original Expiration Date, along with all papers and pleadings on file, the **COURT HEREBY ORDERS** said Motion, **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Bruce Rogat's term of Supervised Release is hereby terminated.

**IT IS SO ORDERED.**

DATED this 30th day of January, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/ David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar #2292
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
BRUCE ROGAT

4